```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

**MARK ZURALES,**

    Plaintiff,

VS.                                                          NO. 11-2529-Ma

**MARAUDER CORPORATION,**
d/b/a CPS,

    Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of dismissal docketed July 3, 2013.


**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *July 3, 2013* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |